752

*Thomas P. Ruane, Jr.,* Public Defender, for appellant; *A. J. Kuzdenyi,* First Assistant District Attorney, and *Joseph E. Kovach,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Goslee, Appellant.

Submitted November 10, 1969. *Gilbert D. Levine, S. Sanford Kantz,* and *Levine & Kantz,* for appellant; *Kenneth E. Fox, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Harper, Appellant.

Submitted November 10, 1969. *M. Fletcher Gornall, Jr.,* and *Magenau and Gornall,* for appellant; *William E. Pfadt,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Henderson, Appellant.

Submitted November 10, 1969. *Joseph P. Moschetta,* Public Defender, for appellant; *John F. Bell,* Assistant District Attorney, and *Jess D. Costa,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: In accordance with the opinion of the Supreme Court in *Commonwealth v. Hoff-*

*man,* 426 Pa. 226, 232 A. 2d 623 (1967) the order is vacated and the record remanded to the court below with instructions to appoint counsel to represent appellant in a post-conviction proceeding at which his eligibility for an evidentiary hearing and/or other relief may be determined. See Rule 1503, Rules of Criminal Procedure.

WRIGHT, P. J., would affirm the order of the court below.

## Commonwealth *v.* Hutter, Appellant.

Submitted November 10, 1969. *Joseph P. Moschetta,* Public Defender, for appellant; *Paul M. Petro,* Assistant District Attorney, and *Jess D. Costa,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: In accordance with the opinion of the Supreme Court in *Commonwealth v. Hoffman,* 426 Pa. 226, 232 A. 2d 623 (1967), the order is vacated and the record remanded to the court below with instructions to appoint counsel to represent appellant in a post-conviction proceeding at which his eligibility for an evidentiary hearing and/or other relief may be determined. See Rule 1503 of Rules of Criminal Procedure.

## Commonwealth *v.* Iliff, Appellant.

Argued November 12, 1969. *Michael J. Wherry,* for appellant; *Robert F. Banks,* Assistant Dis-